# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                         **JUDGMENT IN A CIVIL CASE**

**RACHEL BRYANT,**

                                         CASE NO: **1:17–CV–01730–LJO–BAM**

        v.

**TAHOE JOE'S, INC., ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/14/2018**

                                              **Marianne Matherly**
                                              Clerk of Court

ENTERED: **June 14, 2018**

                                        by: /s/ T. Lundstrom
                                              Deputy Clerk